Total Pages: 2
BETH MAXWELL STRATTON
CHAPTER 7 TRUSTEE
Post Office Box 3930
Pinedale, CA 93650
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PAUL L. WASSERMAN and<br>AMANYA WASSERMAN,<br><br>Debtors. | Case No. 08-18490-B-7F<br><br>Chapter 7<br><br>DC No. BMS-2<br><br>**MOTION TO SELL REAL PROPERTY**<br><br>Date: June 23, 2010<br>Time: 10:00 a.m.<br>Dept: B, Hon. W. Richard Lee |

Beth Maxwell Stratton, Chapter 7 Trustee ("Trustee") in the above-referenced case, respectfully moves the court for an order approving the sale of real property and represents as follows:

1. Debtors, Paul L. Wasserman and Amanya Wasserman ("Debtors"), filed their Chapter 7 bankruptcy petition on December 23, 2008. Trustee is the duly appointed, qualified and acting trustee in the above-referenced case.

2. This court has jurisdiction over this motion by virtue of 28 U.S.C. §1334 and 11 U.S.C. §363. This is a core matter under 28 U.S.C. §157(b)(2)(A) & (N).

3. The assets of the estate includes a parcel of approximately six and one-half acres of vacant land on North Fork Drive, in Three Rivers, California, APN 067-070-037. The legal description of the property is in Exhibit A.

1

4. On February 23, 2009, Trustee listed the property for $230,000. Due to a lack of interest in the property and a general downturn of real property values in the area, Trustee reexamined and modified the listing price on several occasions, the most recent being on March 23, 2010, for $100,000.

5. Trustee has entered into a contract with Troy and Sylvia Alvarado to sell the property to them for $70,000. A copy of the contract with all of the terms accompanies this motion as Exhibit B.

6. Trustee investigated the title to the real property and found no liens or mortgages attached to the real property, other than delinquent property taxes which will be paid at the close of escrow.

7. Trustee's sale of the above-listed property requires the payment of a 6%, $4,200, commission to the brokers involved with the sale. Trustee anticipates other ordinary costs of sale approximated at $1,000. Debtors have claimed, and are entitled to, a $16,225 exemption in this real property. Trustee does not object to said claim of exemption. Trustee expects to net approximately $48,575 from the sale.

8. Trustee believes that the sale is beneficial to all creditors.

9. Trustee does not expect the sale to generate a negative tax consequence.

WHEREFORE, Trustee prays that she be authorized to sell the above-mentioned property on the terms set forth in the contract and that payment of the $4,200 commission to Prudential California Realty be approved.

Dated: May 14, 2010

Beth Maxwell Stratton, Chapter 7 Trustee